JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN FREDERIQUE,<br><br>          Petitioner,<br><br>     v.<br><br>B. BIRKHOLZ,<br><br>          Respondent. | Case No. 2:22-cv-05390-RGK-KES<br><br>**JUDGMENT** |

   Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

   IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 1/6/2023

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE